UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-8407-WM

UNITED STATES OF AMERICA

v.

Carlos VASQUEZ-MENDES,
a/k/a, Manuel HERNANDEZ RUIZ,

                      Defendant.
_____/

FILED BY SW D.C.
Jul 28, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

BY: _____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:   (561) 820-8711
John.mcmillan@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America <br> v. <br> Carlos VASQUEZ-MENDES, <br> a/k/a, "Manuel HERNANDEZ-RUIZ," <br> *Defendant(s)* | ) ) ) ) Case No. 25-mj-8407-WM ) ) ) |

FILED BY ____SW____ D.C.

Jul 28, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 27, 2021__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry After Deportation |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, Deportation Officer, ICE
*Printed name and title*

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (Facetime).

Date: __July 28, 2025__

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__    Hon. William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT
## OF
## ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT
## Case No. 25-mj-8407-WM

I, Andy Korzen, being duly sworn, depose and state as follows:

1.     I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.     This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Carlos VASQUEZ-MENDES, also known as "Manuel HERNANDEZ-RUIZ," committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.     On or about November 27, 2021, Carlos VASQUEZ-MENDES was arrested in Palm Beach County, Florida on charges of driving under the influence, driving without a driver's license, and refusal to sign/accept citation. He was booked and detained at the Palm Beach County Jail. During booking process, Carlos VASQUEZ-MENDES's fingerprints were submitted into the IAFIS system which generated positive match to Carlos VASQUEZ-MENDES, a citizen of Mexico, and subsequently ICE was

notified. On or about November 28, 2021, prior to ICE lodging an immigration detainer, Carlos VASQUEZ-MENDES was released from custody on his own recognizance.

4. On July 26, 2025, ICE and Florida Highway Patrol (FHP) were conducting routine at-large enforcement in and around Lantana, Palm Beach County, Southern District of Florida. At approximately 9:08 am, FHP conducted a vehicle stop for violation of Florida State Statute for having an unsecured load on a 2017 Ford truck with tag number NLWZ52 on Lantana Road, for which a citation was ultimately issued. ICE officers backed up FHP on the stop. This interaction was captured on Body Worn Camera (BWC) by the officers involved.

5. Upon initiation of the traffic stop, the Ford truck was approached by the FHP trooper, the ICE officers arriving approximately one minute later. Upon approaching the trooper, the trooper provided the ICE personnel the identification card for the front seat passenger, subsequently identified as the defendant Carlos VASQUEZ-MENDES, which the ICE officers observed was a non-government issued identification card as "Manuel HERNANDEZ RUIZ.". A Spanish-speaking ICE officer asked defendant Carlos VASQUEZ-MENDES, about his immigration status and defendant VASQUEZ-MENDES freely admitted to being in the United States illegally. Following his admission, defendant VASQUEZ-MENDES was placed under arrest for violation of immigration law and transported to the ICE office in Stuart, Florida for further processing.

6. At the Stuart ICE office, VASQUEZ-MENDES's fingerprints were scanned into the IAFIS system. Results confirmed that scanned fingerprints belonged to

2

Carlos VASQUEZ-MENDES, a citizen of Mexico, who was previously removed from the United States.

7. A review of the immigration records by your affiant establishes that defendant Carlos VASQUEZ-MENDES is a native and citizen of Mexico. Said records further establish that on or about March 16, 2010, defendant Carlos VASQUEZ-MENDES was ordered removed from the United States. The Order of Removal was executed on or about March 19, 2010, whereby defendant Carlos VASQUEZ-MENDES was removed from the United States and returned to Mexico.

8. In post-*Miranda* audio and video recorded interview assisted by a fluent Spanish speaking ICE officer serving as a translator, defendant Carlos VASQUEZ-MENDES advised that his true and correct name is Manuel HERNANDEZ-RUIZ, a citizen and national of Mexico, and acknowledged that he previously used the name of Carlos VASQUEZ-MENDES. He further admitted to last entering the United States illegally, after being previously removed from the United States. Carlos VASQUEZ-MENDES further admitted that he did not seek permission from the U.S. government to re-enter the United States.

9. A record check was performed in the Computer Linked Application Informational Management System to determine if Carlos VASQUEZ-MENDES or Manuel HERNANDEZ-RUIZ had filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Carlos VASQUEZ-MENDES or Manuel HERNANDEZ-RUIZ obtained consent from the

3

Attorney General of the United States or the Secretary of Homeland Security, for re-admission into the United States as required by law.

10. Based on the foregoing, I submit that probable cause exists to believe that, on or about November 27, 2021, Carlos VASQUEZ-MENDES, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

SWORN AND ATTESTED TO ME
TELEPHONICALLY (VIA FACETIME)
BY THE APPLICANT IN ACCORDANCE
WITH THE REQUIREMENTS OF
FED. R. CRIM. P. 4(d) AND 4.1 THIS  28th
DAY OF JULY, 2025.

**HON. WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Carlos VASQUEZ-MENDES, a/k/a, "Manuel HERNANDEZ-RUIZ"

**Case No:** 25-mj-8407-WM

**Count # 1**
**Reentry After Deportation**
**Title 8, United States Code, Section 1326(a)**
* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000.00
* **Special Assessment:** $100.00
* **Immigration Consequences of removal (deportation) if convicted**